Nos. 686, 687. MAURICE SUGAR *v.* UNITED STATES. November 4, 1918. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Willis G. Clark* for petitioner. *Mr. Assistant to the Attorney General Todd, Mr. Assistant Attorney General Porter* and *Mr. W. C. Herron* for the United States.

No. 703. SAMUEL R. MAYNARD *v.* MATT G. REYNOLDS ET AL., ETC. November 4, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. O. H. Dean, Mr. H. M. Langworthy* and *Mr. Roy B. Thomson* for petitioner. No appearance for respondents.

No. 717. DRUSA STURM ET AL. *v.* JOHN S. STUMP ET AL. November 4, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. W. E. Haymond* for petitioners. No appearance for respondents.

No. 692. ALTHEIMER & RAWLINGS INVESTMENT COMPANY *v.* E. B. ALLEN, U. S. COLLECTOR OF INTERNAL REVENUE. November 11, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. David Goldsmith* for petitioner. *Mr. Assistant to the Attorney General Todd* and *Mr. W. C. Herron* for respondent.

No. 709. JAMES F. BISHOP, ADMINISTRATOR, ETC., *v.* GREAT LAKES TOWING COMPANY. November 11, 1918. Petition for a writ of certiorari to the Circuit Court of